**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
SOLOMON LOZANO,                          )    NO. CV 08-6173-E
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    JUDGMENT
                                         )
MICHAEL J. ASTRUE, COMMISSIONER          )
OF SOCIAL SECURITY ADMINISTRATION,       )
                                         )
            Defendant.                   )
_____)
```

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: August 20, 2009.

                          _____/S/_____
                          CHARLES F. EICK
                     UNITED STATES MAGISTRATE JUDGE