1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 643-3062
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Solomon Lozano

6

7

8
                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
10

11 SOLOMON LOZANO,                    )   CASE NO. CV-08-6173-E
                                      )
12       Plaintiff,                   )   [~~PROPOSED~~] ORDER
                                      )   AWARDING ATTORNEY'S
13       v.                           )   FEES PURSUANT
                                      )   TO THE EQUAL ACCESS TO
14                                    )   JUSTICE ACT, 28 U.S.C.
   MICHAEL J. ASTRUE,                 )   § 2412(d)
15 COMMISSIONER OF SOCIAL             )
   SECURITY,                          )
16                                    )
         Defendant.                   )
17 _____)

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19 IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's

20 assignee, is awarded attorney fees under the Equal Access to Justice Act in the

21 amount of FIVE-THOUSAND FOUR-HUNDRED DOLLARS and NO CENTS

22 ($5,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

23 Stipulation.

24       Dated: 10/26/09     /s/
25                           _____
                             UNITED STATES MAGISTRATE JUDGE
26

27

28

                                       1